**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00010-GCM**

| | |
|---|---|
| ANGELA GORDON, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| DENNIS H. NEWSON, | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on its own motion. The Court has reviewed the notice of removal and attached state court pleadings, and it appears that there is no federal court jurisdiction in this case. Because both parties are residents of North Carolina, there is no diversity jurisdiction. 28 U.S.C. § 1332(a). Additionally, the Court is satisfied that the Plaintiff's claims do not present a federal question. 28 U.S.C. § 1331.

**IT IS THEREFORE ORDERED** that this case is remanded to the North Carolina General Court of Justice, District Court Division.

**SO ORDERED.**

Signed: January 11, 2016

Graham C. Mullen
United States District Judge